IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MAURICE MCCLINTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-1040-NJR-DGW |
| | ) | |
| C/O DEAN, C/O WATERS, SGT. GREAR, | ) | |
| C/O LEVANTI, C/O BOTARF, C/O HUDSON, NURSE CASEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are multiple motions filed by Plaintiff. Each are **DENIED** (Docs. 20, 21, 22, and 26).

First, Plaintiff states that he is having problems with his mail. This issue is unrelated to the single claim in this suit related to an isolated event in May 2017 (Doc. 20). Plaintiff also has included a statement that he is being retaliated against, that his current medical needs are not being attended to, and that he sought medical records but has not received them. Discovery in this matter has not commenced and will not commence until a scheduling order has issued. If Plaintiff wishes to amend his complaint, he must file the appropriate motion pursuant to Federal Rule of Civil Procedure 15 and include a proposed amended pleading.

Second, Plaintiff indicates that an improper amount of money is being withheld from his inmate trustfund account (Doc. 21). $70.14 has been "restricted" from Plaintiff's account in order to pay the filing fee in this matter. The amount has not been charged to Plaintiff's account but merely appears to be on hold. This amount represents 20% of Plaintiff's May 2018 income which totals $360.66 and not just $300.66 that was credited on May 24, 2018. There is no error.

Third, Plaintiff's request for counsel was denied (Doc. 19) and there is no argument in the current motion (Doc. 22) that convinces the Court that counsel should be recruited in this matter. Again, Plaintiff appears competent to litigate this simple matter.

Finally, at stated above, discovery shall commence once a scheduling order has entered. Such an order will enter after Defendants have filed their answers (Doc. 26).

Plaintiff's motions are accordingly **DENIED**.

**DATED: July 6, 2018**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**