IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE MCCLINTON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:18-CV-1040-NJR-MAB |
| DAVID DEAN, BRYAN WATERS, PAUL GREAR, LUCAS LEVANTI, JONATHAN BOTARF, MICHAEL HUDSON, and KASSONDRA FREEMAN, | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Mark A. Beatty (Doc. 87), which recommends denying the motion for summary judgment on the issue of exhaustion filed by Defendant Kassondra Freeman (Doc. 62).

Plaintiff Maurice McClinton filed this lawsuit pursuant to 42 U.S.C. § 1983 alleging Defendants violated his constitutional rights while he was incarcerated at Shawnee Correctional Center. Relevant to this motion, McClinton claims Defendant Freeman, a nurse at Shawnee, was deliberately indifferent to his serious medical needs—specifically, his asthma—in violation of the Eighth Amendment.

On November 30, 2018, Freeman filed a motion for summary judgment asserting McClinton failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. §1997e, *et seq.*, prior to filing this lawsuit (Doc. 62). McClinton filed a response in opposition and testified at an evidentiary hearing held by Judge Beatty pursuant to *Pavey v. Conley*, 544 F.3d 739 (7th Cir. 2008) (Docs. 83, 89).

In his Report and Recommendation, Judge Beatty recommends that the undersigned deny Freeman's motion for summary judgment because he found McClinton credible when he testified that he submitted a grievance regarding Freeman but never received a response. Thus, the administrative grievance process was rendered unavailable to McClinton, and he is deemed to have exhausted his administrative remedies. Objections to the Report and Recommendation were due May 9, 2019. No objections were filed.

Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C); *see also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999). Instead, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

While *de novo* review is not required here, the Court has reviewed Judge Beatty's Report and Recommendation for clear error. Following this review, the Court agrees with his findings, analysis, and conclusions. Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. 87) and **DENIES** the Motion for Summary Judgment for Plaintiff's Failure to Exhaust His Administrative Remedies filed by Defendant Kassondra Freeman (Doc. 62).

**IT IS SO ORDERED.**

**DATED:   May 15, 2019**

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**